IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DETRICH BEASLEY                                                                                           PLAINTIFF

v.                                         Case No. 4:21-cv-4049

SAMSAND, LLC                                                                                              DEFENDANT

## ORDER

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (ECF No. 12). The parties stipulate to the dismissal of this wage and hour case with prejudice. An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). The "entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984).

The instant stipulation of dismissal is signed by Plaintiff and Defendant. Thus, this case was effectively dismissed when the parties filed the instant stipulation. *See Bogart v. Biggs*, No. 2:20-cv-2033-PKH, 2021 WL 6101900, at *1 (W.D. Ark. Oct. 21, 2021) ("Parties may stipulate to dismissal of FLSA actions, with or without prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).") (internal footnote omitted). However, this order issues for purposes of maintaining the docket.

To the extent that the parties' stipulation (ECF No. 12) constitutes a motion, it is hereby **GRANTED**. This case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 22nd day of July, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge